1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                              Plaintiff,                     Case No. CR22-49-RSM

10        v.                                                 DETENTION ORDER

11  RAJNISH KUMAR JHA,

12                              Defendant.

13

14        Defendant Rajnish Kumar Jha is charged with conspiracy, 18 U.S.C. § 371; twelve

15  counts of introduction of misbranded drugs into interstate commerce, 21 U.S.C. §§ 331(a),

16  333(a)(2), 18 U.S.C. § 2; three counts of introduction of adulterated drugs into interstate

17  commerce, 21 U.S.C. §§ 331(a), 333(a)(2), 18 U.S.C. § 2; nine counts of sale of counterfeit

18  drugs, 21 U.S.C. §§ 331(i)(3), 333(a)(2), 18 U.S.C. § 2; nine counts of unlicensed wholesaling of

19  prescription drugs, 21 U.S.C. §§ 3331(t), 353(e)(1)(a), 333(b)(1)(d), 18 U.S.C. § 2; twelve

20  counts of smuggling, 18 U.S.C. §§ 545, 2; nine counts of trafficking in counterfeit goods, 18

21  U.S.C. §§ 2320(a)(4), 2; and one count of money laundering conspiracy, 18 U.S.C. § 1956(h).

22  The Court held a detention hearing on February 28, 2025, pursuant to 18 U.S.C. § 3142(f)(1),

23

and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as this case involves a serious risk Mr. Jha will flee.

2.      Mr. Jha stipulated to detention.

3.      Due to time constraints, Mr. Jha could not be interviewed by Pretrial Services. Therefore, there is limited information available about him.

4.      Mr. Jha poses a risk of nonappearance due to apparent foreign travel and that his ties to this district are unknown. Mr. Jha poses a risk of danger due to nature of the charged offenses. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Jha's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)     Mr. Jha shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Mr. Jha shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Jha is

confined shall deliver Mr. Jha to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)      The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Jha, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of February, 2025.


MICHELLE L. PETERSON
United States Magistrate Judge